# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG DUONG NGUON,<br><br>        Petitioner,<br><br>v.<br><br>JAMES S. HILL, Warden,<br><br>        Respondent. | Case No. 2:24-cv-02297-PA (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT RESPONDENT'S MOTION TO DISMISS PETITION** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation to grant Respondent's Motion to Dismiss Habeas Petition and any relevant records as needed. Because the time for objections has passed with none filed, the Court need not review de novo the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

    THEREFORE, the Court accepts the Report and Recommendation and orders that Respondent's motion to dismiss the first amended petition under 28 U.S.C. § 2254 be granted. Judgment will accordingly be entered dismissing this action with prejudice.

    IT IS SO ORDERED.

DATED: March 31, 2025

                                              PERCY ANDERSON<br>
                                              United States District Judge