JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG DUONG NGUON,<br><br>                Petitioner,<br><br>    v.<br><br>JAMES S. HILL, Warden,<br><br>                Respondent. | Case No. 2:24-cv-02297-PA (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to grant Respondent's Motion to Dismiss Habeas Petition, **IT IS ADJUDGED** that the first amended petition for writ of habeas corpus under 28 U.S.C. § 2254 is dismissed with prejudice.

DATED: March 31, 2025

_____
PERCY ANDERSON
United States District Judge